Allen CLAY *v.* STATE of Arkansas

CA CR 92-547                                    839 S.W.2d 10

Supreme Court of Arkansas
Opinion delivered October 19, 1992

*Louis A. Etoch*, for appellant.

No objection.

PER CURIAM. Appellant, Allen Clay, by his attorney, has filed for a rule on the clerk.

His attorney, Louis A. Etoch, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See* our Per Curiam opinion dated February 5, 1979, *In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.